**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------X

MICHELLE CANDELARIO

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__2/18/2026__
```

Plaintiff,

**25-CV-9629 (KHP)**

-against-

**ORDER**

FRANK BISIGNANO,
COMMISSIONER OF SOCIAL SECURITY.

Defendant.

------------------------------------------------------------------X

**KATHARINE PARKER, UNITED STATES MAGISTRATE JUDGE:**

On February 17, 2026 Plaintiff filed a letter requesting an extension of time to file an opening brief in the above entitled action.  (ECF No. 11)  Defendant consents to this request. Plaintiff's request for an extension is GRANTED.  Plaintiff's brief will be due by **April 20, 2026**. Defendant's response will be due on **May 20, 2026**.

**The Clerk of Court is respectfully directed to terminate the pending motion at ECF No. 11.**

**SO ORDERED.**

Dated:    February 18, 2026                    _____
              New York, New York                         KATHARINE H. PARKER
                                                         United States Magistrate Judge