**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

MICHELLE CANDELARIO

                           Plaintiff,

                -against-

FRANK BISIGNANO,
COMMISSIONER OF SOCIAL SECURITY.

                        Defendant.
-------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/21/2026
```

**25-CV-9629 (KHP)**

**ORDER**

**KATHARINE PARKER, UNITED STATES MAGISTRATE JUDGE:**

On April 20, 2026 Plaintiff filed a letter requesting an extension of time to file an opening brief in the above entitled action.  (ECF No. 13)  Defendant consents to this request. Plaintiff's request for an extension is GRANTED.  Plaintiff's brief will be due by **June 4, 2026**. Defendant's response will be due on **September 2, 2026**.

    **The Clerk of Court is respectfully directed to terminate the pending motion at ECF No. 13.**

    **SO ORDERED.**

Dated:    April 21, 2026
          New York, New York

                                  _____
                                      KATHARINE H. PARKER
                               United States Magistrate Judge