# PIERRE PIERRE LAW, P.C.

NEW YORK OFFICE:
15 Park Pl.
2nd fl., Ste 4
Bronxville, NY 10708
Phone: (646) 992-8383
Fax: (718) 504-6962
*\*\*mail all correspondence*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  6/5/2026
```

FLORIDA OFFICE:
1451 W Cypress Creek Road
Suite 300
Ft. Lauderdale, FL 33309
Phone: (954) 884-5040
Fax: (754) 484-3121

June 4, 2026

Honorable Katharine H. Parker
United States Magistrate Judge
United States District Court
Southern District of New York
U.S. District Court
500 Pearl Street, Room 750
New York, NY 10007

**Letter Motion:**
**Third Extension of Time**
**Request**

APPLICATION GRANTED

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.  6/5/2026

**Re: Michelle Candelario v. Comm'r of SSA 1:25-cv-09629-KHP**

Dear Honorable Judge Parker:

Pursuant to the revised Scheduling Order in the above referenced case, Plaintiff's Brief is due on June 4, 2026.  Plaintiff intended to meet this been but is unfortunately unable to meet the revised deadline due to a death in the family resulting in unexpected time away from the office. **Plaintiff therefore writes to respectfully request that the date for Plaintiff's brief be extended 7-days, through and including June 11, 2026.**  This is the third request for an extension in this case. The Defendant has given consent and further requests that his motion in response be due 90 days after Plaintiff's new deadline, as requested in the previous motions for extension.

Thank you in advance for the Court's consideration of this request.

Respectfully Submitted,

/s/Eddy Pierre Pierre
Eddy Pierre Pierre, Esq.
Attorney for Plaintiff
(646) 992-8383
(718) 504-6962 fax

Cc:  Padma Ghatage, Esq.   (Via ECF)
        Attorney for Defendant.